384

■

COM.

v.

**HARTMAN, W.**

**156 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–23–CR–0004506–2014 (Delaware)

Affirmed

■

COM.

v.

**ROSE, M.**

**934 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0008699–2012
(Philadelphia)

Affirmed

■

COM.

v.

**BAILEY, C.**

**1412 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0000202–2016 (Philadelphia)

Reversed/Remanded

■

COM.

v.

**MEDINA, J.**

**1559 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0009759–2011 (Philadelphia)

Affirmed

■

COM.

v.

**RISOLDI, C.**

**1864 EDA 2016**

Superior Court of Pennsylvania.

7/17/2017

CP–09–MD–0001604–2016, CP–09–MD–0001605–2016

(Bucks)

Affirmed